UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA K. RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-1192-HBK<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPENING BRIEF<br><br>TWENTY-ONE DAY DEADLINE |

　　　　Pending before the Court is Plaintiff's response to the Court's Order to Show Cause ("OTSC") filed on February 9, 2022. (Doc. No. 15). Plaintiff is proceeding *pro se* in the instant action challenging the Commissioner's denial of disability insurance benefits and supplemental security income. (Doc. No. 11-3 at 16). Plaintiff proceeded without the assistance of counsel at the administrative hearing as well, but instead had a non-attorney representative. (*Id.*).

　　　　On January 26, 2022, the Court directed Plaintiff to show cause on or before February 11, 2022, why the action should not be dismissed for failure to prosecute. (Doc. No. 14). The OTSC was prompted because Plaintiff did not file her opening brief within 120 days of the Commissioner filing the certified administrative record ("CAR"). (*See* Doc. No. 5 at 2 ¶2(a)). The CAR was filed on May 17, 2021. (Doc. No. 11). In response to the OTSC, Plaintiff requests that the Court not dismiss her case. (Doc. No. 15 at 1). Plaintiff cites a car accident in 2016 as the cause of her disability but otherwise fails to ecplain why she did not comply with the Court's

Scheduling Order. (*Id.* at 1). Plaintiff does not accompany her response to the OTSC with an opening brief, or otherwise indicate how much time she needs to file the opening brief. (*See generally Id.*).

Due to Plaintiff's *pro se* status and her response to the OTSC, the Court will take no further action on the OTSC at this time. Nevertheless, this case will not progress if Plaintiff does not file an opening brief and cases cannot linger indefinitely on the Court's docket. The Court will permit Plaintiff one final opportunity to file her opening brief and comply with the deadlines set forth in the Court's August 26, 2020 order. (Doc. No. 5). If Plaintiff fails to timely file her opening brief, the undersigned will recommend that the District Court dismiss this case for Plaintiff's failure to prosecute this action.

Accordingly, it is **ORDERED**:

1. The Clerk of Court shall provide Plaintiff with a courtesy copy of the scheduling order (Doc. No. 5) with this order for her convenience and compliance.

2. Plaintiff must file her opening brief, as directed in the scheduling order, within **twenty-one (21)** days of the date on this order.

3. Plaintiff's failure to timely file her opening brief will result in the recommendation that this case be **dismissed** for Plaintiff's failure to prosecute.

Dated:   February 10, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2