UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA K. RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-01192-DAD-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 23) |

　　　　Plaintiff Kristina K. Ruiz initiated this action seeking judicial review of a final decision of the Commissioner of Social Security.  (Doc. No. 1).  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).  (E.D. Cal. 2022).

　　　　On July 1, 2022, the assigned magistrate judge issued a findings and recommendations recommending the Commissioner of the Social Security's decision be affirmed.  (Doc. No. 23). The findings and recommendations contained a notice that any objections were due within fourteen days.  (*Id.* at 1, 14).  As of the date on this order, no party has filed any objections.  (*See* docket).

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds these findings and recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The findings and recommendations issued on July 1, 2022 (Doc. No. 23) are adopted in full;

2. The decision of the Social Security Commissioner is AFFIRMED;

3. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.


IT IS SO ORDERED.

Dated:   August 31, 2022

UNITED STATES DISTRICT JUDGE